IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUN 1 0 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 125 cr 106 HSO RPM

JOSEFINA GABRIEL-LOPEZ and                      8 U.S.C. § 1326(a)
JENNIFER GARCIA                                      18 U.S.C. § 111(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about May 20, 2025, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JOSEFINA GABRIEL-LOPEZ**, an alien to the United States, who previously had been lawfully removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

COUNT 2

On or about May 20, 2025, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **JOSEFINA GABRIEL-LOPEZ**, did knowingly and forcibly, involving physical contact, assault, resist, oppose, impede or interfere with D.E., that is Victim #1, who was then and there engaged in official duties as a Special Agent of the United States Department of Homeland Security.

All in violation of Title 18, United States Code, Section 111(a)(1).

COUNT 3

On or about May 20, 2025, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **JOSEFINA GABRIEL-LOPEZ**, did knowingly and forcibly, involving physical contact, assault, resist, oppose, impede or interfere with K.C., that is Victim #2, who was then and there engaged in official duties as a Special Agent of the United States Department of Justice.

All in violation of Title 18, United States Code, Section 111(a)(1).

COUNT 4

On or about May 20, 2025, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **JENNIFER GARCIA**, did knowingly and forcibly, involving physical contact, assault, resist, oppose, impede or interfere with D.E., that is Victim #1, who was then and there engaged in official duties as a Special Agent of the United States Department of Homeland Security.

All in violation of Title 18, United States Code, Section 111(a)(1).

_____
PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury          s/ Signature Redacted

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the ____10____ day of June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2