## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Criminal No. 1:25cr106-HSO-RPM**

**JOSEFINA GABRIEL-LOPEZ and**
**JENNIFER GARCIA**

### ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION [51] IN LIMINE REGARDING JURY NULLIFICATION

For the reasons stated on the record at the hearing held on September 19, 2025, before Chief United States District Judge Halil Suleyman Ozerden, the Government's Motion [51] in Limine Regarding Jury Nullification is **GRANTED IN PART AND DENIED IN PART**.  The Motion [51] is granted to the extent that the parties are prohibited from discussing the following at trial: the possibility of jury nullification, societal views surrounding United States immigration policy, and potential penalties imposed if Defendants are found guilty.  The Motion [51] is **DENIED WITHOUT PREJUDICE** as to the admissibility of character evidence and any statements of the victims or the U.S. Attorney's Office as to whether the offenses should be treated as felonies or misdemeanors.

**SO ORDERED AND ADJUDGED**, this the 19th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE