# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Criminal No. 1:25-cr-00106-HSO-RPM**

**JOSEFINA GABRIEL-LOPEZ and
JENNIFER GARCIA**

## VERDICT FORM

## PART I

YOUR VERDICT MUST BE UNANIMOUS.   PLEASE PLACE AN "X"

ON THE APPROPRIATE SPACE.

### Count 1

1.     We the jury unanimously find Defendant Josefina Gabriel-Lopez

\_\_\_\_\_ NOT GUILTY                    __X__ GUILTY beyond a reasonable doubt

of the charge contained in Count 1 of the Indictment.

*Please proceed to number 2.*

### Count 2

2.     We the jury unanimously find Defendant Josefina Gabriel-Lopez

__X__ NOT GUILTY                    \_\_\_\_\_ GUILTY beyond a reasonable doubt

1

of the charge contained in Count 2 of the Indictment.

*Please proceed to number 3.*

## Count 3

3.     We the jury unanimously find Defendant Josefina Gabriel-Lopez

_X_ NOT GUILTY                    ____ GUILTY beyond a reasonable doubt

of the charge contained in Count 3 of the Indictment

*Please proceed to number 4.*

## Count 4

4.     We the jury unanimously find Defendant Jennifer Garcia

_X_ NOT GUILTY                    ____ GUILTY beyond a reasonable doubt

of the charge contained in Count 4 of the Indictment.

*This ends your deliberations. Proceed to Part II, and sign and date the last page of this form.*

2

# PART II

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*



9/25/25
Dated

Foreperson                          Juror

Juror                               Juror

Juror                               Juror

Juror                               Juror

Juror                               Juror

Juror                               Juror

3